IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOARD OF REGENTS OF EASTERN
NEW MEXICO UNIVERSITY,

      Plaintiff,

v.                                    CIV 11-0253 LAM/GBW

CHF-PORTALES, LLC, et al.

      Defendants.

## ORDER GRANTING AGREED MOTION FOR STAY OF PROCEEDINGS *(Doc. 9)*

**THIS MATTER** comes before the Court on the parties' *Agreed Motion for Stay of Proceedings (Doc. 9)*, filed April 5, 2011. The parties ask the Court to stay the proceedings in this case for ninety (90) days while the parties participate in settlement negotiations. The Court notes that the parties have also filed unopposed motions to consolidate this case with No. CIV-11-0252 JEC/CG in both cases, and that if the motions to consolidate are granted, per the policy of the Court, this case will proceed as the lower-numbered action. The Court will grant the motion and stay this case for ninety (90) days.

**IT IS THEREFORE ORDERED** that the parties' *Agreed Motion for Stay of Proceedings (Doc. 9)* is hereby **GRANTED** and this case is stayed for ninety (90) days.

**IT IS SO ORDERED.**

                                                  _____
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**